IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY THOMAS OSTDIEK,<br><br>　　　　　　　Defendant. | 8:20CR282<br><br>**ORDER** |

　　　　This matter is before the court on the motion of defendant Jeffrey Thomas Ostdiek (Ostdiek), to determine mental competency pursuant to 18 U.S.C. § 424 (Filing No. 40). The government had no objection to the motion. The request for a mental competency examination will be granted.

　　　　**IT IS ORDERED:**

　　　　1. Defendant Ostdiek's motion for a mental competency examination (Filing No. 40) is granted.

　　　　2. Pursuant to 18 U.S.C. § 4241, Ostdiek is committed to the custody of the Attorney General for placement in a suitable facility to be examined for a reasonable period of time, not to exceed thirty (30) days, to determine whether Ostdiek is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

　　　　3. A psychiatric or psychological report shall be filed with the court with copies provided to counsel of record at the completion of the period of examination.

　　　　4. Upon receipt by the court and counsel of the examination report, a hearing pursuant to 18 U.S.C. § 4247(d) shall be promptly scheduled to determine the competency of Ostdiek to stand trial in this matter.

　　　　Dated this 12th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge