# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:20CR282 |
| vs. | ) | |
| JEFFREY THOMAS OSTDIEK, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [46]. The Defendant is undergoing an inpatient competency evaluation. For that reason,

**IT IS ORDERED** that the Motion to Continue Trial [46] is denied as moot. The jury trial, currently set for May 24, 2021 is cancelled and will be reset by further order of the court.

**DATED: May 18, 2021.**

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge