IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 24 2021
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY THOMAS OSTDIEK,<br><br>Defendant. | CASE NO.   8:20CR282<br><br><br>ORDER |

On September 24, 2021, defendant Jeffrey Thomas Ostdiek appeared for arraignment on the superseding indictment.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant pleads not guilty to all counts of the superseding indictment.

(3) The defendant waives his right to a have the superseding indictment for 30 days before trial commences. *See* 18 U.S.C.§ 3161(c)(2).

_Jeffrey Thomas Ostdiek_
Defendant

_September 24, 2021_
Date

Standby _[signature]_
Attorney for Defendant

_9/24/21_
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this 24th day of September, 2021.

BY THE COURT:

_[signature]_
Robert F. Rossiter, Jr.
CHIEF, US. DISTRICT COURT